AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____OHIO_____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| MICHAEL A. HARTLEY | |
| | CASE NUMBER: 2:08-cr-187 |

I, __MICHAEL A. HARTLEY__, the above named defendant, who is accused of

KNOWINGLY POSSESSING CHILD PORNOGRAPHY IN INTERSTATE COMMERCE, 18 U.S.C. 2252(a)(4)(B) and (b)(2), COUNT 1

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___10/10/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*
MICHAEL A. HARTLEY

_____
*Counsel for Defendant*
RICHARD A. CLINE, ESQ.

Before __Hon. James L. Graham__
*Judge*